UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

FILED BY _____ D.C.

05 DEC 12 AM 11: 34

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

LOUIS BOYD,

    Plaintiff,

v.

CORRECTIONS CORPORATION
OF AMERICA, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NO: 1:99cv1262-B

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Agreed Order Of Dismissal With Prejudice entered on December 8, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

12/12/05
Date

THOMAS M. GOULD
_____
Clerk of Court

Earlene Drayer
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-12-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 114 in case 1:99-CV-01262 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

C. Michael Robbins
ROBBINS LAW OFFICE
3074 East Street
Memphis, TN 38128

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable J. Breen
US DISTRICT COURT